```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/22/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

Leonardo Andujar Mendez

    Defendant.

-----------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

21 Cr. 218 (AT)

Defendant __Leonardo Andujar Mendez__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

- ___ Initial Appearance/Appointment of Counsel
- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- ___ Preliminary Hearing on Felony Complaint
- ___ Bail/Revocation/Detention Hearing
- _X_ Status and/or Scheduling Conference
- ___ Misdemeanor Plea/Trial/Sentence

_Leonardo Andujar Mendez_ (signature)
**Defendant's Signature**

_Marisa K. Cabrera_ (signature)
**Defense Counsel's Signature**

(Judge may obtain verbal consent on Record and Sign for Defendant)

Leonardo Andujar Mendez
**Print Defendant's Name**

Marisa K. Cabrera
**Print Defense Counsel's Name**

This proceeding was conducted by reliable teleconferencing technology.

4/22/2021
**Date**

_____
**ANALISA TORRES**
United States District Judge