USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2021

# Federal Defenders
## OF NEW YORK, INC.

52 Duane

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 7, 2021

Hon. Analisa Torres
United States District Judge
Southern District of New York
New York, NY 10007

Re: United States v. Arias Casilla et al., 21-Cr-218

Dear Judge Torres:

    I am the attorney representing Leonardo Andujar Mendez and write to respectfully request a thirty-day adjournment for the upcoming court appearance currently scheduled for July 14, 2021 as I will be out-of-state at a work-related conference. AUSA Ni Qian and co-defense counsel Murat Erkan have consented to the adjournment. The defense consents to the exclusion of time. Thank you for your consideration of this request.

Sincerely,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Marisa_Cabrera@fd.org
917-890-7612

GRANTED. The conference scheduled for July 14, 2021, is ADJOURNED to **September 2, 2021**, at **11:00 a.m.**

Time until September 2, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow for the Defendant to continue reviewing discovery.

SO ORDERED.

Dated: July 9, 2021
       New York, New York

ANALISA TORRES
United States District Judge