```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -v-

Leonardo Andujar Mendez,

                       Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 218 (AT)(__)

Defendant __Leonardo Andujar Mendez__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

\_\_\_ Status and/or Scheduling Conference

**X** Misdemeanor Plea/Trial/Sentence

---

s/ Leonardo Andujar Mendez (AT)
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Leonardo Andujar Mendez
_____
Print Defendant's Name

*Marisa Cabrera* (Digitally signed by Marisa Cabrera, Date: 2021.09.09 09:19:53 -04'00')
_____
Defense Counsel's Signature

Marisa K. Cabrera
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

September 9, 2021
_____
Date

[signature]
_____
U.S. District Judge/U.S. Magistrate Judge