UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LEONARDO ANDUJAR MENDEZ,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _12/21/2021_

21 Cr. 218-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing for Defendant Leonardo Andujar Mendez scheduled for January 10, 2022, is ADJOURNED to **January 25, 2022**, at **10:00 a.m.** The sentencing shall proceed in-person, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, and masks with valves are not permitted.

    Defendant's submissions are due two weeks prior to sentencing. The Government's submission is due one week prior to sentencing.

    SO ORDERED.

Dated: December 21, 2021
       New York, New York

                                                    ANALISA TORRES
                                          United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LEONARDO ANDUJAR MENDEZ,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _12/21/2021_

21 Cr. 218-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing for Defendant Leonardo Andujar Mendez scheduled for January 10, 2022, is ADJOURNED to **January 25, 2022**, at **10:00 a.m.** The sentencing shall proceed in-person, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, and masks with valves are not permitted.

    Defendant's submissions are due two weeks prior to sentencing. The Government's submission is due one week prior to sentencing.

    SO ORDERED.

Dated: December 21, 2021
       New York, New York

                                                    ANALISA TORRES
                                          United States District Judge