UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LEONARDO ANDUJAR MENDEZ,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/20/2022

21 Cr. 218-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing for Defendant Leonardo Andujar Mendez scheduled for January 25, 2022, at 10:00 a.m., is ADJOURNED to **January 25, 2022**, at **10:30 a.m.**  The sentencing shall proceed via videoconference.  *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Dec. 22, 2021), ECF No. 8 (finding that felony plea hearings cannot in all instances be conducted in person without seriously jeopardizing public health and safety and permitting such proceedings to proceed via videoconferencing).  Chambers shall provide the parties with instructions on accessing the hearing.

      To optimize the quality of the video feed, only the Court, the Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others will participate by telephone.  Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(888) 398-2342**, and using access code **5598827.**

      SO ORDERED.

Dated: January 20, 2022
       New York, New York

ANALISA TORRES
United States District Judge