UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2022
```

UNITED STATES OF AMERICA,

-against-

LEONARDO ANDUJAR MENDEZ,

                Defendant.

21 Cr. 218-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The defendant in the above-captioned matter was sentenced to a term of imprisonment of time served, and is, therefore, to be released, subject to any detainers or other custodial sentences.

    SO ORDERED.

Dated: January 25, 2022
       New York, New York

                                      ANALISA TORRES
                                United States District Judge